Decided October 27, 1995

## STATE OF CONNECTICUT v. MARY THERIAULT

The state of Connecticut's petition for certification for appeal from the Appellate Court, 38 Conn. App. 815 (AC 13046), is denied.

*Nancy L. Gillespie*, deputy assistant state's attorney, in support of the petition.

*G. Douglas Nash*, public defender, in opposition.

Decided October 27, 1995